UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| ROSS WILLIS,<br><br>            Plaintiff,<br><br>      v.<br><br>KELLEY MARTINEZ, et al.,<br><br>            Defendants. | CASE NO. C08-927JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff Ross Willis is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Having reviewed the application to proceed *in forma pauperis*, the court determines that Plaintiff has met the showing required by § 1915(a). Accordingly, the court GRANTS the application to proceed *in forma pauperis*. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).

In accordance with the above and good cause appearing, the court ORDERS as follows:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED.

ORDER – 1

2. The Director of the California Department of Corrections or his designee shall calculate an initial partial filing fee equal to twenty percent (20%) of the greater of either: (1) the average monthly deposits to Plaintiff's prison trust account; or (2) the average monthly balance in Plaintiff's account for the six-month period immediately preceding the filing of the complaint.  The initial filing fee shall be forwarded to the Clerk of Court as soon as practicable.

3. Subsequently, the Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's application to proceed in *forma pauperis* on the Director of the California Department of Corrections via the court's electronic case filing system (CM/ECF).

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

ORDER – 2

Dated this 9th day of February, 2009.

JAMES L. ROBART
United States District Judge

ORDER – 3