1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS WILLIS,

                    Plaintiff,

        v.

KELLEY MARTINEZ, et al.,

                    Defendants.

CASE NO. C08-927JLR

ORDER

        Plaintiff Ross Willis is a prisoner proceeding *pro se* and *in forma pauperis* with a civil

rights action pursuant to 42 U.S.C. § 1983.  By order of February 12, 2009 (Dkt. # 7), the

court granted Plaintiff's application to proceed *in forma pauperis*.  Having reviewed the

complaint in this matter, the court concludes that Plaintiff has alleged a cognizable claim for

relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A.  If the allegations of the

complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this

action.

ORDER – 1

Therefore, in accordance with the above and good cause appearing, IT IS HEREBY ORDERED that:

1.     Service is appropriate for the following defendants: (a) Kelley Martinez; and (b) Dr. Galloway.

2.     The Clerk of the Court shall send Plaintiff two USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed on May 1, 2008 (Dkt. # 1).

3.     Within 30 days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a.     The completed Notice of Submission of Documents;

      b.     One completed summons;

      c.     One completed USM-285 form for each defendant listed in number 1 above; and

      d.     Three copies of the endorsed complaint filed on May 1, 2008.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

ORDER – 2

1    Dated this 27th day of February, 2009.

2

3

4    _____
     JAMES L. ROBART
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER – 3

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS WILLIS,                                                    CASE NO. C08-927JLR

                        Plaintiff,

                                                               ORDER
        v.

KELLEY MARTINEZ, et al.,

                        Defendants.

8

9

10

11

12

13

14

        Plaintiff Ross Willis hereby submits the following documents in compliance with the

court's order filed on February 27, 2009:

                        _____        completed summons form

                        _____        completed USM-285 forms

                        _____        copies of the complaint

DATED: _____

                                                        _____
                                                        Plaintiff