UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS WILLIS, | CASE NO. C08-927JLR |
| Plaintiff, | ORDER |
| v. | |
| KELLEY MARTINEZ, et al., | |
| Defendants. | |

Plaintiff Ross Willis is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated February 27, 2009 (Dkt. # 9), this court ordered Plaintiff to complete and return to the court, within 30 days, the USM-285 forms and copies of his complaint, which are required to effect service on Defendants. Plaintiff has not done so. Accordingly, IT IS HEREBY ORDERED that, within 30 days, Plaintiff shall submit to the court the documents required to effect service. Failure to return the documents within the specified time period will result in this action being dismissed.

Dated this 17th day of July, 2009.

JAMES L. ROBART
United States District Judge