UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS WILLIS, | CASE NO. C08-927JLR |
| Plaintiff, | ORDER |
| v. | |
| KELLEY MARTINEZ, et al., | |
| Defendants. | |

Plaintiff Ross Willis is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On February 27, 2009 (Dkt. # 9), the court directed Mr. Willis to complete and return to the court, within 30 days, the USM-285 forms and copies of his complaint required to effect service on Defendants. On July 17, 2009 (Dkt. # 10), the court directed Mr. Willis to submit these documents within 30 days. The court advised Mr. Willis that failure to submit these documents would result in this action being dismissed. Mr. Willis has not returned the documents necessary to effect service. Therefore, in accordance with the court's July 17, 2009 order, IT IS HEREBY ORDERED as follows:

ORDER - 1

(1)     The Clerk of Court shall enter a judgment of dismissal of this case with prejudice; and

(2)     The Clerk of Court shall close this case.

Dated this 25th day of August, 2009.

                                            JAMES L. ROBART
                                            United States District Judge

ORDER - 2